**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **In the Matter of the Search of:** | CASE NO.  1:22-mj-768 |
| | 1:23-mj-034 |
| **SEARCH AND SEIZURE WARRANTS,** | 1:23-mj-035 |
| **APPLICATIONS, PEN REGISTERS, AND** | 1:23-mj-119 |
| **NON-DISCLORUSE ORDERS** | |
| | **MAGISTRATE JUDGE** |

**MOTION AND ORDER REQUESTING CASE TO REMAIN SEALED**

Now comes the United States of America, by and through undersigned counsel, and pursuant to Federal Rules of Criminal Procedure 16(d)(1) and 41(f)(3) and 18 U.S.C. §3103a(b)(3), and the Court's inherent power to control papers filed with the Court, respectfully moves this Court for an order requiring that all documents associated with the above-referenced case numbers, including this Motion and Order remain sealed until January 31, 2024 (pursuant to General Order 18-01) or until such time as an Indictment or Information is filed or until directed by this Court.

In support of this Motion, the United States Attorney states:

1. The case numbers referenced above relate to a complex investigation which involves covert investigative steps such as search warrants for electronic evidence. The full scope and nature of the investigation is unknown to the target and the public. The cases captioned above contain detailed factual statements about parts of the investigation that are unknown. Unsealing these documents would hamper the government's ongoing grand jury investigation as detailed below.

2. There is no Indictment or Information pending before any United States District Court which necessitates the disclosure of any documents filed under these case numbers.

3. Pursuant to Rule 12 of the Federal Rules of Criminal Procedure the proper time for moving to suppress evidence obtained pursuant to the Court order is subsequent to the filing of an Indictment or Information and arraignment thereon. Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this motion.

4. The disclosure of certain information and statements contained in said documents filed under these case numbers would alert the targets to the existence, nature and full scope of an ongoing, covert criminal investigation involving sensitive techniques, and could lead to the destruction of evidence or endanger confidential sources involved in the investigation. Furthermore, public knowledge of the facts of the case through reporting of the contents of these documents would hamper the government's grand jury investigation, and would compromise agents' ability to covertly investigate the schemes and targets involved in suspected criminal activities. Good cause thus exists to grant the government's motion.

WHEREFORE, the United States of America respectfully requests that any documents related to the above case numbers, including this Motion and Order remain sealed until January 31, 2024 or until such time as an Indictment or Information is filed or until directed by this Court.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

s/Timothy A. Landry
TIMOTHY A. LANDRY (MA 669554)
Special Assistant United States Attorney
Attorney for Plaintiff
221 E. Fourth Street
Cincinnati, Ohio 45202
Office: (513) 684-3711
E-mail: Timothy.Landry@usdoj.gov

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that all documents filed under the above-referenced case numbers, including this Motion and Order remain sealed until January 31, 2024, and the Clerk is instructed not to unseal said documents filed under the above-case numbers, including this Motion and Order, until further order of this Court, or until January 31, 2024, whichever comes first.

8/16/2023
DATE

_Karen L. Litkovitz_
HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE